FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> Mariela Hernandez, </br></br> Defendant. | Case No. 2:22-CR-00003-MCS </br></br> ORDER OF DETENTION AFTER HEARING </br> (Fed.R.Crim.P. 32.1(a)(6) </br> 18 U.S.C. § 3143(a) </br> Allegations of Violations of </br> Probation/Supervised Release </br> Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

  A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _mental health issues; criminal record; substance abuse_

  B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _instant offense allegations; non-compliance with conditions of supervision_

IT IS ORDERED that defendant be detained.

DATED: 1/10/2023

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2